IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

____FILED ____ENTERED
____LODGED ____RECEIVED

SEP 05 2025

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Shawn Hall 403-799
DoB 4-15-1992
720 Bosley Ave.
Towson Md 21204

*

(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

v.

Ofc. Beale
Walt J. Pesterfield
Lt. McDowell

*

Case No.:_____
(Leave blank. To be filled in by Court.)

*

(Full name and address of respondent)
**Defendant(s).**

## COMPLAINT

I. Previous Lawsuits

　A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

　　YES ☐   NO ☑

　B. If you answered YES, describe that case(s) in the spaces below.

　　1. Parties to the other case(s):

　　　Plaintiff: _____Ø_____

　　　Defendant(s): _____Ø_____

　　2. Court (if a federal court name the district; if a state court name the city or county):
　　　Ø
　　　_____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐   NO ☑

1. If you answered YES:

   a. What was the result? _____

   b. Did you appeal? _____

   YES ☐   NO ☐

2. If you answered NO to either of the questions above, explain why: I am a pre-trial inmate that has already been a victim to cruel and unusual punishment seeking money damages not suitable for their greivance process.

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On Sept. 17th or 18th of 2024, I was housed in Cell 1 of tier 3-E in Baltimore County Detention. I am not good at reading or writing so I am reciving help from another inmate so

(reverse)

I can file with in a timley matter, Right after Evening Medication, Between 6:00 pm and 10:00pm, Me and my Cell buddie, who I can not name at this time because I can't remember, were horse playing.

Ofc. Beale came to my window and told both of us to cuff up, which I did with out question. I stepped out of the cell and my cell buddie refused their order! After about two or three demands, which my cell buddie still didn't follow, BCDC officers sprayed large amounts of mace into my cell. There were many officers present but they are mostly africans with names hard to remember. That, along with the fact this was almost one year ago, prevents me from listing all desired ~~boy~~ defendants.

I was forced back into the same cell within ten minutes. The cell wasent cleand, has very poor ventalation, I wasent given a shower, I only had one blanket and sheet which was covered with mace as were my clothes.

I did not get to speak with another officer untill around midnight or 1:00 am on the 18th of Sept. 2024. I asked the midnight Sargent to please give me a chance to clean the cell and take a shower. I also wanted to be seen by medical because I was having chest pains
(see attachment)

III. Attachment    ③

from breathing in the Mace/pepper spray for over 5 hours. My feet, groin, eyes, nose, lips, hands, under arms were all exposed and burned from the exposser of mace. This was my first time having contact with mace and it was very intense. It was obvious that I needed help.

Officers told me I would recieve help in the form of cleaning supplies and to be seen by nurse once they finished inmate count for the third floor. I never recieved cleaning supplies or medical help. I was also told there were no open cells available. There were open cells on 3-F tier which was right next door which I could have been moved to but the officer informed me that the Sgt. told him he would look into it and that was the last I heard of it.

On Sept. 19th, 2023 almost 48 hours since the macing incident took place. It wasen until then when I was finally able to shower and really clean off the mace at which time I added cold water and aloe which brought me relief. The mace caused blisters and the skin to fall off the top of my feet and left scaring that is still visable today.

Although the scaring is the only permanent damage that I am currently aware of, I suffered constant pain for almost 2 full days from unnecessary prolonged exposser to excessive amount of mace.

IV. Relief
(State briefly what you want the Court to do for you.)

I ask for the Courts to move foreward with ~~coata~~ a civil suit for an Eighth amendment violation for knowingly placing me in harms way. (See Attachment)

SIGNED THIS 2nd day of September, 2025.

_[signature]_
Signature of Plaintiff

Sherson Hall 403-799
Printed Name

720 Bosley Ave.
Towson Md 21204
Address

443-742-8585
Telephone Number  shhall1992@gmail.com

Shhall1592@gmail.com
Email Address

P.S.

IV. Relief - attachment  ①

Farmer v. Brennan, 511 U.S. 825, 829 (1970) Eighth Amendment obligations include the duty to protect prisoners from other known harms.

Hathaway v. Coughlin, 37 F.3d 63, 66 (2nd Cir. 1994) It also includes the provision of medical care.

The test for a §1983 claim is twofold.
1) The prisoner must show that the condition to which he was exposed was sufficiently serious,
and
2) The prisoner must show that the prison officals demonstrated deliberate indifference by having knowledge of the risk and failing to take measures to avoid the harm.

I believe whole heartedly that officers involved, especially since they themselves must be exposed to mace/pepper spray directly in order to legally carry the canister in the first place knew that after spraying

②

my cell excessively, then making me return to it, knowing I would walk in it, breath it in, sleep on it (mace). Officers knew the seriousness of the situation.

Also, I told officers and Sgts at midnight count on the morning of Sept. 18th 2024 for cleaning supplies and medical treatment for issues ~~from~~ from chemical burns to my feet to chest pains from ingestion. Officers present at the time of the original incident would not go into the cell because the mace was so strong, proving they had knowlege of the risk and a constant denial of a shower, cleaning supplies and medical treatment shows numerous violations of Eights amendment violations.

## Injunctions

1) I ask the court to order the defendants to perserve camera footage for Tier 3-E from Sept. 19th, second shift, 2:00 pm untill I was released from balto. Co. Det. Center on Sept. 19th, 2024. This is important to give insight to the events that took place and show the amount of mace I was exposed to.

IV. Relief attachment    ③

2) I ask the Courts to direct the defendant to produce log book for time of incident and to show use of force report. Also to assist me by naming the following officers names...

A) Officers present when mace was dispersed into Cell 1 on 3-E tier that forced me to enter back into my contaminated cell. Also the Sgt. and Leutenant for that Zone on that date.

B) Officers and Sgt. who worked my tiers zone for midnight shift on the morning of Sept. 18th, 2025 who told me I would recieve medical treatment and ~~cleanup~~ cleaning supplies at midnight count time but never brought it to me and continued to allow me to suffer.

As I said earlier, I was unable to remembers all officers envolved and I would perfer to name all officers because It was not only the three (Ofc. Beale, warden Pesterfield and Lt. McDowell) officers that Ive originally named in this case who committed Eighth Amendment violations.

3) I ask the Court to allow me to submit photos of the scarring on top of my right foot from the blisters and skin damage caused by the rubbing of my shower shoes against damaged skin.

IV. Relief Attachment           ④

"The Constitution does not mandate comfortable prisons but ~~not~~ neither does it permit inhumane ones, and it is now settled that the treatment a prisoner recieves in the prison and the conditions under which he is confined are subject to security under the Eighth amendment" Farmer, 511 U.S at 832 (1970)

Throughout the few days from the original incident until my release almost two full days later, my rights were violated when I was...
1) Forced back into my cell fully covered in Mace
2) Not able to clean my Cell
3) Not aloud to Shower
4) repeatedly denied medical care
5) Recieved permanent damage in the form of scaring of the skin on the top of my right foot
6) there was also pain and suffering involved
7) and last but not least #2, #3, #4, #6 happened on 4 different shifts

## Relief

I ask that the Courts award me Money damages in the Amount of $70,000 The amount of $10,000 per Civil right violation, and if I am correct It is seven different times in the nearly two day

(5)

period If deemed possible by a dermatologist to remove or somehow lessen the visual appearance of the scarring on my right foot. I ask the court to order the defendants to cover the medical cost of the procedure or award me $30,000 for having to live the rest of my life with a large, unattractive scar that I am very self concious of.

Sincerely,

Shaun Hall
720 Bosley Ave.
Towson Md 21204

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Shawn Hall 403-744
DOB 4-15-1992
720 Bosley Ave
Towson Md 21204

*

(Full name, date of birth, identification #, address of petitioner)
Plaintiff,

*

v.

Ofc. Beale
Walt Pesterfield
Lt. McDowell
et. al.)

*

(Full name and address of defendant)
Defendant(s).

Case No.:_____
(Leave blank. To be filled in by Court.)

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of Sept 2025, a copy of a 1983 Civil Suit was sent to Clerk was mailed via first class mail, postage prepaid, to 101 W. Lombard St. Balto, Md 21201

Signature of Plaintiff
Shawn Hall 403-744
Printed Name
720 Bosley Ave
Towson md 21204
Address

Telephone Number

Email Address

Instructions&Form1983 (09/2019)

Page 13 of 13