Catherine M. Stavlas, Clerk
David E. Ciambruschini, Chief Deputy

September 9, 2025

Shawn Hall #403−799
BALTIMORE COUNTY DEPARTMENT OF CORRECTIONS
720 Bosley Avenue
Towson, MD 21204

Dear Shawn Hall:

The Clerk's Office has received your papers for filing. The assigned Case Number is: 1:25−cv−02796−ABA. The Judge assigned to the case is: Judge Adam B Abelson. Documents that you would like the Judge to consider must be sent to the Clerk's Office to be entered on the court docket at this address:

> United States District Court
> District of Maryland
> Northern Division
> Clerk's Office
> 101 W. Lombard Street
> Baltimore, MD 21201

You are required to keep a current mailing address on file with the Clerk's Office. If your address changes, you must provide the new address in writing to the Clerk's Office.

You are required to put the case title (Hall v. Beale et al) and case number on all documents that you file with the Clerk's Office. This is noted in Local Rule 102.2(a).

You should also be careful to protect your privacy in court filings. You should not include personal identifying information on documents that you file with the Court, unless you request the documents to be filed under seal. Your documents should NOT include any more than the last four digits of your social security, financial or tax identification numbers. Your documents should also not include birth dates other than the year of birth. And you should not include the names of minor children, although you may include their initials. This is noted in Federal Rule of Civil Procedure 5.2.

Documents must be typed if possible. If documents are handwritten, they must be clearly legible. Also, you must sign all documents that you file with the Clerk's Office.

It is important that you follow the Local Rules and Federal Rules of Civil Procedure. Otherwise, your documents may be returned to you or your case may be dismissed. The Clerk's Office cannot provide legal advice. A copy of these rules and other resources for self−represented individuals filing without attorneys are available here:

https://www.mdd.uscourts.gov/filing−without−attorney

                        Sincerely,

                        _____/s/_____
                        Catherine M. Stavlas, Clerk

                        By: Ashley Ramos−Gabriel, Deputy Clerk