# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

SHAWN HALL,

   Plaintiff,

v.

OFC. BEALE, et al.,

   Defendants.

Civil Action No.: ABA-25-2796

# ORDER

The above-captioned civil rights action was filed together with a Motion to Proceed in Forma Pauperis. The affidavit in support of the motion fails to conform with the requirements of 28 U.S.C. § 1915(a)(2), the relevant portion of which provides that

> A prisoner seeking to bring a civil action . . . without prepayment of fees or security therefore, in addition to filing the [requisite] affidavit . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined.

Thus, Plaintiff must obtain from each of the prisons where he was incarcerated over the past six months an inmate account information sheet showing the deposits to his account and monthly balances maintained therein.

In order to assist Plaintiff in providing this information to the Court, the Finance Officer at Baltimore County Detention Center ("BCDC") shall be directed to file a certificate which indicates (1) the average monthly balance in the account for the six-month period immediately preceding the filing of this Complaint and (2) the average monthly deposits to the account during that time.

Accordingly, it is this __11th__ day of September, 2025, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff SHALL BE REQUIRED to inform the Court of any change of address during the pendency of this action pursuant to Local Rule 102.1.b.iii (D. Md. 2025);

2. Within TWENTY-ONE (21) days from the date of this Order, the Finance Officer at BCDC SHALL FILE an inmate account summary information sheet for the past six months of Plaintiff's incarceration. The Finance Officer ALSO SHALL FILE a certificate which indicates (a) the average monthly balance in the account for the six-month period immediately preceding the filing of this complaint and (b) the average monthly deposits to the account during that time. The Finance Officer SHALL PROVIDE Plaintiff with a copy of any documentation filed with the Court. Plaintiff is cautioned that his failure to assist prison personnel in obtaining such information will result in dismissal without prejudice of this action without further notice from the Court; and

3. The Clerk IS DIRECTED to MAIL a copy of this Order to the FINANCE OFFICER at BCDC and to Plaintiff.

                                                    /s/
                                      Adam B. Abelson
                                      United States District Judge